# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-571
Lower Tribunal No. 14-CF-164

_____

CHRISTOPHER AARON BRAGG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Margaret O. Steinbeck, Judge.

May 21, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA, J., and LAMBERT, B.D., Associate Judge, concur.


Christopher Aaron Bragg, Indiantown, pro se.

Ashley Moody, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED